35 So.2d 919

### William Roy DUNN v. STATE.
#### 6 Div. 601.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

36 So.2d 608

### Louis C. DUNNING v. STATE.
#### 6 Div. 642.

Court of Appeals of Alabama.
Aug. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

32 So.2d 177

### Ocie DUNNING v. STATE.
#### 6 Div. 420.

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

33 So.2d 276

### Morris (alias Frank James) EDDINS v. STATE.
#### 6 Div. 464.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

32 So.2d 178

### Henry EPPS v. STATE.
#### 6 Div. 376.

Court of Appeals of Alabama.
May 20, 1947.

Gordon Davis, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

33 So.2d 276

### T. B. ETHERIDGE, alias Ethridge v. STATE.
#### 4 Div. 24.

Court of Appeals of Alabama.
Nov. 18, 1947.

J. Hubert Farmer, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.